HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>NICOLE BROWN, an individual; SANDIP K. KAUR, an individual; PARMPREET S. GILL, an individual; K.S.G., a minor; K.K.G., a minor; and DOES 1 through 10, inclusive,<br><br>Defendants-in-Interpleader. | Case No. 4:17-cv-02866-HSG<br><br>Honorable Haywood S. Gilliam, Jr. (Oakland)<br><br>**ORDER GRANTING PLAINTIFF-IN-INTERPLEADER METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Filed concurrently with Request to Appear by Telephone]<br><br>Date: August 22, 2017<br>Time: 2:00 p.m.<br>Crtrm: 2 – 4th Floor<br><br>Complaint Filed: May 18, 2017 |

# **ORDER**

Having reviewed the request by counsel for Metropolitan Life Insurance Company's ("MetLife") for an Order permitting counsel to appear telephonically at the Initial Case Management Conference, and for good cause shown, IT IS HEREBY ORDERED THAT the request is GRANTED and MetLife's counsel may appear telephonically at the Initial Case Management Conference scheduled for August 22, 2017 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: August 1, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800