UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>NICOLE BROWN, et al.,<br><br>  Defendants. | Case No. 17-cv-02866-HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 32 |

The Court **GRANTS** Defendant Parmpreet S. Gill's ("Defendant") motion to appear telephonically at the Case Management Conference scheduled for August 22, 2017 at 2:00 p.m. *See* Dkt. No. 32. Defendant shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. Should Defendant need to appear telephonically at any future hearings, he should file a request on a hearing-by-hearing basis.

**IT IS SO ORDERED.**

Dated: 8/22/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge