Nicole Brown
2954 Bay Village Cir
#1080
Santa Rosa, CA 95403
707-542-0727

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE BROWN, SANDIP K KAUR, PARMPREET S GILL, ET AL.<br><br>Defendant | Case No.: 4:17-vc-02866-HSG<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitoner states as follows:

1. K.S.G., is a minor of the age of 16 years old.

2. K.S.G is a named defendant in an action in this court brought by Plaintiff, Metropolitan Life Insurance Company.

3. K.S.G's guardian, NICOLE BROWN, is also a named defendant in the same action in this court brought by Plaintiff, Metropolitan Life Insurance Company.

4. No previous petition for appointment of a guardian ad litem has been filed in this matter.

5. ARDIS HUMPHREY, whose address is 1281 Pacific Ave, Petaluma, CA 94954, is a competent and responsible person, and fully competent to act as guardian ad litem. ARDIS HUMPHREY is the grandmother of K.S.G.

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - 1

6. Said ARDIS HUMPHREY is willing to act as guardian ad litem for K.S.G., as appears by her consent below.

Wherefore, petitioner moves this court for an order appointing ARDIS HUMPHREY as guardian ad litem of K.S.G. for the purpose of representing K.S.G.'s interest in this action brought by Plaintiff, Metropolitan Life Insurance Company.

Dated this 11 of July, 2017

*Nicole Brown*
Nicole Brown
Guardian of K.S.G.

CONSENT OF NOMINEE

I, ARDIS HUMPHREY, the nominee of the petitioner, consent to act as guardian ad litem for K.S.G a minor in the above action.

DATED: 11 , July, 2017

*Ardis Humphrey*
ARDIS HUMPHREY

## ORDER

The petition for an order appointing ARDIS HUMPHREY as guardian ad litem for petitioner is GRANTED.

DATED: 8/23/2017

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - 3