Sandip K Kaur
4616 Wilbur Ave
Santa Rosa, CA 95407
707-480-5334
Pro Se Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY

    Plaintiff(s),

vs.

NICOLE BROWN, SANDIP K KAUR PARMPREET S GILL, K.S.G, A MINOR K.K.G, A MINOR

    Defendant(s).

Case Number: 3:17-vc-02866-HSG

PETITION AND ~~PROPSED~~ ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Petitioner states as follows:

1. K.K.G, is a minor of the age of 5 years old.
2. K.K.G is a named defendant in an action in this court brought by Plaintiff, Metropolitan Life Insurance Company.
3. K.K.G's guardian, SANDIP K KAUR, is also a named defendant in the same action in this court brought by Plaintiff.
4. No previous petition for appointment of a guardian ad litem has been filed in

this matter.

5. MAKHAN SINGH, whose address is 357 Summer Rain Dr., Windsor, CA 95492, is a competent and responsible person, and fully competent to act as guardian ad litem. MAKHAN SINGH, is the uncle of SANDIP K KAUR.

6. Said MAKHAN SINGH is willing to act as guardian ad litem for K.K.G, as appears by his consent below.

Wherefore, petitioner moves this court for and order appointing MAKHAN SINGH as guardian ad litem of K.K.G for the purpose of representing K.K.G.'s interest in this action brought by Plaintiff.

Date 08/02/17

_Sandip Kaur_

Sandip K Kaur

Guardian of K.K.G.

### CONSENT OF NOMINEE

I, MAKHAN SINGH, the nominee of the petitioner, consent to act as guardian ad litem for K.K.G. a minor in the above action.

Date 8/2/17

_Makhan Singh_

MAKHAN SINGH

## ORDER

The petition for an order appointing MAKHAN SINGH as guardian ad litem for K.K.G. is granted.

Date  8/23/2017

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE